UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN MARITIME OFFICERS<br>490 L'Enfant Plaza East, S.W.<br>Suite 7208<br>Washington, DC  20042<br><br>Plaintiff,<br><br>v.<br><br>JEROME E. JOSEPH<br>9426 Turnberry Drive<br>Potomac, MD  20854<br><br>Defendant. | CIVIL ACTION NO. _____ |

## NOTICE OF REMOVAL

Petitioner, JEROME E. JOSEPH, by its undersigned counsel and pursuant to 28 U.S.C. § 1441(b), respectfully submits this notice of removal.  In support of this notice of removal, petitioner states as follows:

1. Petitioner is the defendant in the above captioned case.

2. On August 9, 2002, the above captioned civil action was commenced against Petitioner in the Superior Court for the District of Columbia (Case No. 2002 CA 007178 B) and is now pending therein.

3. Petitioner was timely served with a summons, complaint, and initial order in the captioned action.

4. A jury trial on this matter commenced on June 28, 2005.  On July 1, 2005, the plaintiff amended its complaint for misappropriation of a trade secret under the District of

82821/F/1

Columbia Uniform Trade Secrets Act ("UTSA"), D.C. Code Ann. § 36-401 through 36-410, the only claim asserted in its original complaint.

5. On July 5, 2005, Superior Court Senior Judge Leonard Braman, *sua sponte*, amended the claims in this case by adding a breach of fiduciary duty claim to the existing UTSA claim in this case. The court did so in jury instructions announced late in the afternoon of July 5, 2005, ordering the inclusion of the new claim. Senior Judge Braman's order created a breach of fiduciary action against Petitioner based on his role as a trustee of several ERISA pension and welfare plans, an action which must be asserted under, and is completely preempted by, ERISA, 29 U.S.C. §§ 1101-1115, 1132. The new fiduciary duty claim is also completely preempted by operation of the Labor Management Relations Act ["LMRA"], 29 U.S.C. § 185. The new breach of fiduciary duty claim is also based, at least in part, upon the Labor Management Reporting and Disclosure Act (29 U.S.C. §§ 501-502).

6. Because the plaintiff's complaint now alleges claims that are completely preempted by, or based on a violation of, federal law, this Court has original federal question jurisdiction over the ERISA and LMRA preempted claims, as well as the LMRDA-based claims, pursuant to 28 U.S.C. § 1331, and the entire action may therefore be removed to this Court pursuant to 28 U.S.C. §§ 1441(b) and 1441(c).

7. True and legible copies of the summons, complaint, the July 1, 2005 amended complaint, and portions of Senior Judge Leonard Braman's July 5, 2005 jury instructions setting forth the new claim are attached hereto as Exhibits 1 through 3.

8. This Notice of Removal has been filed with this Court within 30 days after Petitioner was served with a copy of Senior Judge Braman's order adding the federal causes of action to this case. Therefore, this notice of removal is timely. *See* 28 U.S.C. § 1446(b).

82821/F/1

9. This Court is the United States District Court for the district and division embracing the place where the state court action is pending and therefore is the appropriate Court for removal.

10. A copy of this Notice of Removal is being served concurrently upon plaintiff and filed with the Clerk of the Superior Court for the District of Columbia.

WHEREFORE, Petitioner prays that the captioned action be removed from the Superior Court for the District of Columbia to this Court.

Dated:  July 6, 2005

Respectfully submitted,

JEROME E. JOSEPH

By: _____
Raymond C. Fay #188649
Michael J. Schrier #444693
BELL, BOYD & LLOYD PLLC
1615 L Street N.W., Suite 1200
Washington, D.C. 20036
(202) 466-6300

Attorneys for Defendant.

## CERTIFICATE OF SERVICE

I, Michael J. Schrier, hereby certify that a copy of the foregoing NOTICE OF REMOVAL with exhibits, and NOTICE OF FILING NOTICE OF REMOVAL were served, this 6th day of July 2005, in the following manner:

**Via hand delivery**

James F. Hibey, Esq.
Stephen Weissman, Esq.
Hugh B. Stuart, Esq.
Howrey Simon Arnold & White LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Clerk of the Court
Superior Court of the District of Columbia
H. Carl Moultrie I Courthouse
500 Indiana Avenue NW
Room JM-170
Washington, DC 20001

_____
Michael J. Schrier

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN MARITIME OFFICERS<br>490 L'Enfant Plaza East, S.W.<br>Suite 7208<br>Washington, DC 20042<br><br>        Plaintiff,<br><br>v.<br><br>JEROME E. JOSEPH<br>9426 Turnberry Drive<br>Potomac, MD 20854<br><br>        Defendant. | CIVIL ACTION NO. _____<br>(Superior Court CIVIL ACTION<br>NO: <u>2002 CA 007178 B</u>) |

## NOTICE OF FILING NOTICE OF REMOVAL

To:    James F. Hibey, Esq.
         Stephen Weissman, Esq.
         Hugh B. Stuart, Esq.
         Howrey Simon Arnold & White LLP
         1299 Pennsylvania Avenue, N.W.
         Washington, D.C. 20004

Please take notice that on July 6, 2005, defendant Jerome E. Joseph, in the above-entitled action, filed a notice of removal, copies of which are attached hereto, of the above-entitled action to the United States District Court for the District of Columbia.

You are also advised that defendant, on filing such notice of removal in the Office of the Clerk of the United States District Court for the District of Columbia, also filed copies thereof with the Clerk of Court, Superior Court for the District of Columbia to effect removal pursuant to 28 U.S.C. § 1446(d).

Dated: July 6, 2005

Respectfully submitted,

JEROME E. JOSEPH

By: /s/ Michael J. Schrier
Raymond C. Fay #188649
Michael J. Schrier #444693
BELL, BOYD & LLOYD PLLC
1615 L Street N.W., Suite 1200
Washington, D.C. 20036
(202) 466-6300

Attorneys for Defendant.

82821/F/1