UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN MARITIME OFFICERS ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.  05-CV-1343 (RMC) |
| v. ) | |
| ) | |
| JEROME E. JOSEPH ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the defendant Jerome E. Joseph's Motion To Dismiss, it is hereby

ORDERED that the claim of breach of fiduciary duty, added *sua sponte* by District of Columbia Superior Court Senior Judge Leonard Braman on July 5, 2005, is hereby dismissed because it is preempted by ERISA and/or the LMRA, both federal labor laws with broad preemption provisions; and it is

FURTHER ORDERED that plaintiff's claim for damages on behalf of its members is dismissed because plaintiff lacks standing to assert such a claim.

SO ORDERED:


Dated: _____        _____
                                Hon. Rosemary M. Collyer

Copies to:

Raymond C. Fay, Esquire                James F. Hibey, Esquire
Michael J. Schrier, Esquire            Stephen Weissman, Esquire
BELL, BOYD & LLOYD LLC                 HOWREY SIMON ARNOLD & WHITE, LLP
1615 L Street, NW/Suite 1200           1299 Pennsylvania Avenue, NW
Washington, DC  20036                  Washington, DC  20004

82988/F/1