UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN MARITIME OFFICERS )<br><br>Plaintiff, )<br><br>v. )<br><br>JEROME E. JOSEPH )<br><br>Defendant. ) | No. 05-CV-1343 (RMC) |

## DECLARATION OF RAYMOND C. FAY

Raymond C. Fay deposes and says:

1. I am counsel for defendant Jerome E. Joseph in the above action.

2. Attached as Exhibit 1 is a true and correct copy of plaintiff's August 9, 2002 Verified Complaint for Injunctive Relief and Damages filed in the District of Columbia Superior Court (Civil Action No. 02-7178).

3. Attached as Exhibit 2 is a copy of the October 6, 2004 Pretrial Order entered by the Superior Court.

4. Attached as Exhibit 3 is a copy of the Joint Pre-Trial Statement of the parties in the Superior Court, without attachments.

5. Attached as Exhibit 4 is a copy of the January 29, 2003 Order denying plaintiff's Verfied (sic) Motion for Temporary Injunction, in *American Maritime Officers v. Kelly*, Case No. 02-019945 CACE 21 (Broward Cy. Fla. Cir. Ct.).

6. Attached as Exhibit 5 is a copy of defendant's Trial Exhibit 64 that was admitted into evidence in the Superior Court action. Exhibit 5 consists of material posted on the website of the Department of the Navy's Military Sealift Command,

82986/F/1

http:www.Procurement.msc.navy.mil/Contract/rfpfiles/N00033-04-R-5340/Amendment00001.zip, RFP N00033-04-R-5340, Amend. 1; Posted 12/10/2004.

7. Attached as Exhibit 6 is the Superior Court's Order Amending Pretrial Order, partially reopening discovery and rescheduling remaining events entered in accordance with the Superior Court's ruling of April 28, 2005.

8. Attached as Exhibit 7 is a copy of AMO's July 1, 2005 Amended Complaint for Injunctive Relief and Damages.

9. Attached as Exhibit 8 is defendant's July 11, 2005 Answer to Amended Complaint for Injunctive Relief and Damages filed in this Court.

10. Attached as Exhibit 9 is a copy of the Superior Court's June 9, 2005 Supplemental Pretrial Order.

11. Attached as Exhibit 10 are excerpts from the Superior Court's written jury instructions (pp. 39-44) which were tendered to the parties late in the afternoon on July 5, 2005 and given in substance as part of the jury's charge in the Superior Court on July 6, 2005.

12. Attached as Exhibit 11 is the Special Verdict Form provided to the jury in the Superior Court for its deliberations.

13. In adding the "agency/protected, confidential information" breach of fiduciary duty claim late in the afternoon on July 5, 2005, after the close of evidence, Senior D.C. Superior Court Judge Leonard Braman stated that he was acting pursuant to Superior Court Civil Rule Procedure 15(b) to make the pleadings conform with the evidence. The Court also stated that its June 9, 2005 Supplemental Pretrial Order placed the parties on notice of the Court's intention to add the second claim and to submit it to the jury. The Court further stated that Joseph had notice of and consented to the addition of the new claim by filing a response to the

June 9, 2005 Order. The Superior Court judge also stated that the new breach of fiduciary duty claim was based in part on 29 U.S.C. § 501.

14.  Defendant objected to the addition of the second claim of breach of fiduciary duty based on "agency/protected, confidential information," and the associated instructions. Defendant's objections were overruled.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Raymond C. Fay

Executed at Washington, D.C.
this 11th day of July, 2005

82986/F/1                                3