# Exhibit 2

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | |
|---|---|
| AMERICAN MARITIME OFFICERS, | : |
| Plaintiff, | : Civil Action No. 02ca7178<br>: Calendar 4 – Civil I<br>: Judge Herbert B. Dixon, Jr. |
| v. | : |
| JEROME E. JOSEPH, | : |
| Defendant. | : |

### PRETRIAL ORDER

The pretrial conference in this matter was held on <u>October 6, 2004</u>.

Accordingly, it is this <u>6th</u> day of <u>October</u>, 2004,

**ORDERED**, that the trial is set for <u>February 28, 2005</u>,
(January 24, 2005 on notice by October 25, 2004)
at 9:30 a.m., Courtroom 220.  Jury of <u>8</u> / ~~Non-Jury~~.

**Estimated length of trial: <u>4</u> day(s).**

Unless otherwise advised by the Court, all parties and counsel must be present in Courtroom 220 at that time ready to commence trial. If the Court is unable to begin trial at that time, all parties and counsel must remain ready, on one (1) hour telephone alert, to come to the courthouse and begin trial on any of the two court days following the foregoing date. If the trial commences on such a succeeding date, the Court will make every reasonable effort to take witnesses out of turn to accommodate the schedule of counsel and witnesses.

The parties are encouraged to continue settlement discussions up to and including the day of


DEFENDANT'S EXHIBIT 2

trial; however, absent exceptional circumstances, the Court will not delay the commence of trial to accommodate additional settlement discussions; and it is further

**ORDERED**, that the Court adopts the Joint Pretrial Statement as the Pretrial Order with the following modifications and / or stipulations:

The parties shall give written notice of deposition excerpts to be offered at trial at least 3 weeks before trial. Objections and counter designation shall be submitted 2 weeks before trial. These submissions shall be filed with the court one week before trial.

**IT IS FURTHER ORDERED**, that

1) DISCOVERY IS CLOSED, EXCEPT AS FOLLOWS:

NONE

2) MOTIONS DECIDED, RULINGS MADE AT PRETRIAL:

Defendant's Motion in Limine pending.

3) FURTHER MOTIONS / LEGAL ISSUES TO BE BRIEFED AS FOLLOWS:

Trial brief of significant legal and factual issues must be filed by 4:00 p.m. one week before trial.

4) EXCEPT AS NOTED BELOW, THERE IS NO DISPUTE AS TO THE AUTHENTICITY OF EXHIBITS AND NO PARTY NEED PRODUCE PROOF OF AUTHENTICITY AT TRIAL:  The parties shall meet and confer regarding the stipulation of exhibits into evidence, or stipulation as to authenticity by December 15, 2004. Any objection regarding admissibility or authenticity must be filed after December 15, 2004 and not later than January 3, 2005, or said objections are waived.

5)    THE TRIAL EXHIBITS OF THE PARTIES:

_____ were retained by the Court.

____X____ were returned to the parties and must be brought back to the Court and given to the Clerk on the first day of trial.

6)    Except for rebuttal or impeachment purposes, no party may offer at trial the testimony of any witness not listed in the pretrial statement, nor any exhibit not served upon, nor made available for inspection by, all other parties in accordance with SCR Civil Rule 16(d), without leave of court for good cause shown.  Nor, except for good cause, will the Court entertain any objections made for the first time at trial (rather than one week prior to pretrial, as required by SCR Civil Rule 16(e)) to exhibits served upon, or made available for inspection by the objecting party in accordance with SCR Civil Rule 16(d).

7)    Prior to jury selection, the Court will advise the parties which of the voir dire questions submitted by each party may be asked.  Absent good cause, the Court will conduct voir dire.

8)    The Court will advise the parties, prior to final argument, of the Court's determinations concerning instructions to be given to the jury.

Herbert B. Dixon, Jr.
Judge

COPIES RECEIVED BY THE FOLLOWING AT
THE CLOSE OF THE PRETRIAL CONFERENCE:

    SIGNATURE

| | |
|---|---|
| /S/ James F. Hibey | Attorney for <u>AMO (Plaintiff)</u> |
| 202 383-6778 | Telephone number |
| /S/ Raymond C. Fay | Attorney for <u>Jerome Joseph (Defendant)</u> |
| 202 955-6824 | Telephone number |

**<u>NOTE: THIS IS YOUR ONLY NOTICE OF THE TRIAL DATE.</u>**

**<u>ADDENDUM TO PRETRIAL ORDER</u>**

- <u>The parties shall make available for inspection any demonstrative exhibit at least 2 weeks before trial.</u>

<u>Supplemental memoranda to the court by e-mail not later than 4:00 p.m. November 9, 2004;</u>

    1) <u>Specific terms [of] forbearance requested by plaintiff</u>

    2) <u>Significant factual and legal issues related to plaintiff's damages claim (submit to court only, not to opposing counsel)</u>

    3) <u>Significant factual and legal issues related to bad faith claim by defendant</u>

    NOTE: [added after pretrial]: <u>The parties shall make their submissions of the above by e-mail to dixonh2@dcsc.gov and dixonh3@dcsc.gov</u> . Number 1 applies to plaintiff only.

- <u>Status/Settlement conference on Tuesday, November 16, 2004 at 3:30 p.m.</u>