# Exhibit 6

82974/F/1

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | |
|---|---|
| AMERICAN MARITIME OFFICERS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 02-ca-7178 |
| | : Calendar 4-Civil 1 |
| | : Judge Leonard Braman |
| JEROME E. JOSEPH | : |
| Defendant. | : |

### ORDER AMENDING PRETRIAL ORDER, PARTIALLY REOPENING DISCOVERY AND RESCHEDULING REMAINING EVENTS

In accordance with the rulings from the bench at the status hearing of April 28, 2005, it is hereby **ORDERED**:

1. The trial date of May 3, 2005 is **STRICKEN**. The trial will commence on June 28, 2005 at 9:00 a.m. in a courtroom to be determined.

2. The pretrial order of October 6, 2004 is hereby amended to allow the plaintiff to proceed in a representational capacity on behalf of its members (as well as in a personal capacity on its own behalf) as to the damage claim asserted herein, the injunctive claim having already been asserted in that dual capacity. In that connection, discovery is reopened, limited to that portion of plaintiff's damages claim dealing with the elements of the claimed damages and the real parties in interest. All discovery on these matters is to be completed by May 31, 2005.



DEFENDANT'S EXHIBIT 6

3. By June 3, 2005, at 4:00 p.m., the parties shall submit supplemental pretrial statements dealing only with the damages issue.

4. A supplemental pretrial conference will be held on June 8, 2005 at 4:00 p.m. in Chambers.

**SO ORDERED.**

*/s/ Leonard Braman*
SENIOR JUDGE LEONARD BRAMAN

Order filed electronically and distributed by LexisNexis File & Served:

Copies to:

Raymond C. Fay. Esquire
Michael J. Schrier, Esquire
BELL, BOYD & LLOYD LLC
1615 L Street, N.W., Suite 1200
Washington, D.C. 20036

James F. Hibey, Esquire
Stephen Weissman, Esquire
HOWREY SIMON ARNOLD & WHITE, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004