# Exhibit 8

82974/F/1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN MARITIME OFFICERS<br>490 L'Enfant Plaza East, S.W.<br>Suite 7208<br>Washington, DC 20042<br><br>Plaintiff,<br><br>v.<br><br>JEROME E. JOSEPH<br>9426 Turnberry Drive<br>Potomac, MD 20854<br><br>Defendant. | No. 05-CV-1343 (RMC) |

## ANSWER TO AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

Defendant Jerome E. Joseph responds to Plaintiff American Maritime Officers' July 1, 2005 Amended Complaint for Injunctive Relief and Damages as follows:

1. The introductory paragraph is a characterization of the action to which no answer is required. To the extent that an answer may be deemed to be required, however, the allegations in this paragraph are denied.

2. Paragraph 1 contains a statement of law to which no answer is required. To the extent that an answer may be deemed to be required, however, the allegations in this paragraph are denied.

3. Defendant admits the allegations contained in the first sentence of Paragraph 2. Defendant denies the remainder of the allegations contained in Paragraph 2.

4. Defendant admits the allegations in Paragraph 3.

5. Defendant admits the allegations contained in the first sentence of Paragraph 4. Defendant denies the remainder of the allegations contained in Paragraph 4.


DEFENDANT'S EXHIBIT 8

6. Defendant denies the allegations contained in Paragraph 5, and avers that the National Maritime [sic] Engineers' Beneficial Association is a maritime labor union.

7. Defendant denies all of the allegations contained in Paragraph 6, except that defendant admits that MEBA1 and AMO provide labor and benefits costs to vessel owners and operators and their affiliated companies upon request.

8. Defendant denies the allegations contained in Paragraph 7.

9. Defendant denies the allegations contained in Paragraph 8.

10. Defendant denies the allegations contained in Paragraph 9.

11. Defendant denies the allegations contained in Paragraph 10.

12. Paragraph 11 contains a statement of law to which no answer is required. To the extent that an answer may be deemed to be required, however, the allegations in this paragraph are denied.

13. Paragraph 12 contains a statement of law to which no answer is required. To the extent that an answer may be deemed to be required, however, the allegations in this paragraph are denied.

14. Defendant denies the allegations contained in Paragraph 13.

15. Defendant denies the allegations contained in Paragraph 14.

16. Defendant denies the allegations contained in Paragraph 15.

17. Defendant denies the allegations contained in Paragraph 16.

18. Defendant denies that plaintiff is entitled to any of the relief requested in its Prayer for Relief.

19. Defendant denies all allegations in the complaint not specifically admitted or denied, above.

20. All of Plaintiff's claims should be denied in their entirety, plaintiff should take nothing, and Defendant Jerome E. Joseph is entitled to reasonable attorneys fees from AMO pursuant to D.C. Code Ann. § 36-404(1) (2001 ed.).

## AFFIRMATIVE DEFENSES

### First Defense

Plaintiff's Amended Complaint fails to state a claim upon which relief can be granted.

### Second Defense

Plaintiff's claims are barred by the doctrine of laches.

### Third Defense

Plaintiff's claims are barred by the doctrine of waiver or estoppel.

### Fourth Defense

Neither Plaintiff nor its members have suffered any injury whatsoever and certainly no injury as to which relief can be granted.

### Fifth Defense

Any injury allegedly suffered by Plaintiff or its members was not caused, in any way, by any alleged misappropriation by Defendant.

### Sixth Defense

Plaintiff made, maintained, and is pursuing, its District of Columbia Uniform Trade Secrets Act claim in bad faith, entitling Defendant to an award of reasonable attorney's fees.

### Seventh Defense

Plaintiff lacks standing to assert any claims on behalf of its members.

Dated: July 11, 2005						JEROME E. JOSEPH

						By:  /s/ Michael J. Schrier
						Raymond C. Fay #188649
						Michael J. Schrier #444693
						BELL, BOYD & LLOYD PLLC
						1615 L Street N.W., Suite 1200
						Washington, D.C. 20036
						(202) 955-6821 tel.
						(202) 835-4135 fax
						mschrier@bellboyd.com

						Attorneys for Defendant

## JURY DEMAND

Defendant requests a trial by jury on all disputed issues of fact so triable.

						/s/ Michael J. Schrier
						Michael J. Schrier