# Exhibit 10

## Trade Secret – Combination of Elements

A trade secret can exist as a combination of components notwithstanding that most or all of the components are in the public domain. The test is whether, taken together, the combination is novel and affords a competitive advantage to the business. However, the mere reconfiguration of known components will not constitute a trade secret where the combination is readily ascertainable from those component parts that are in the public domain.

That concludes my instructions on trade secrets. I shall now instruct you on the second claim that AMO asserts in support of its position that this information was protected, that is that the information was agency – protected, confidential information.


DEFENDANT'S EXHIBIT 10

## Agency - Duty As To Confidential Information After Termination

It is conceded and you are instructed that Mr. Joseph, while he was the executive vice president of AMO and the principal trustee of the benefit plans of the union, was in contemplation of the law both an agent and trustee for AMO and its members who were his principals and beneficiaries. An agent and trustee both serve in a fiduciary capacity. They owe a duty, which requires them to act honorably and in good faith. Under federal law, union officers occupy fiduciary relationships to their union and its members. I will instruct you first on the duties of an agent after termination of the agency. After that, I will instruct you on the duties of a trustee after his resignation.

You are instructed that, after the termination of an agency, an agent nevertheless continues to owe certain duties to his principal. One of the agent's duties is not to use or disclose to competitors the principal's confidential, written information dealing with processes or compilations or other similar confidential matters that the principal kept secret and which enable the principal to enjoy a competitive advantage in its line of business. This duty applies even though there is no contract between the agent and principal prohibiting disclosure or use of such confidential information.

40

### Agency – Difference Between Trade Secret and Agency-Protected Confidential Information

If the confidential information meets the definition I have just given you, it is protected against use or disclosure by the former agent even though that confidential information does not qualify for protection as a trade secret. This is because this rule of law looks more to the injury to the fiduciary relationship of principal and agent than to the loss of the information to establish the liability of the former agent. A trade secret, on the other hand, is protected against misappropriation at the hands of anyone, even if the wrongdoer is a stranger to the owner of the trade secret.

## Agency – Permissible Activity After Agency Termination

You are instructed that an agent is not forbidden from engaging in his craft or business after he terminates his job or agency with his employer. The agent is then entitled to use general nonconfidential information concerning the methods of business of the principal as well as those processes of the principal's business that are but skillful variations of general processes known to the particular trade. Further, a former agent is entitled to use in competition with his former employer any skills he may have acquired during that employment. He is not however, entitled to compete with his former employer by using, in addition to his acquired skills, secret information, used by his former employer in bidding competitively for contracts, which information the former agent was acquainted with from his former employment.

## Agency – Trustee's Duties After Termination of Trust

I will now instruct you on the relevant duties of a trustee. Mr. Joseph, apart from being AMO's executive vice president, was another kind of agent. He was also the lead trustee for the fringe benefit trusts and plans of AMO's members who were the beneficiaries. Although his resignation included the trusts, he nevertheless remained subject to a duty owed to the trusts beneficiaries not to take advantage of the beneficiaries by the use of information acquired by him as trustee or vice president, or to disclose to a third person information which he had acquired as trustee when he knew or should have known that the effect of such disclosure would be detrimental to the interests of the beneficiaries.

### Misappropriation – Different Kinds

If you find that AMO had no protectable information, either in the form of a trade secret or confidential information in the hands of an agent, your deliberations are at an end and you should not proceed further. But if you find that AMO had protectable information (either a trade secret or agency-protected confidential information, or both), then you must decide whether the information was misappropriated by the defendant Joseph. Misappropriation can occur in two ways. One is by acquiring it by improper means. The second way of committing a misappropriation is by using or disclosing the information without the consent of the owner when the wrongdoer knows or should know that the information is protected.