# Exhibit 11

82974/F/1

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
CIVIL DIVISION

AMERICAN MARITIME OFFICERS :

    Plaintiff :

v. : Civil Action No. 02-Ca-7178
   Senior Judge Leonard Braman

JEROME E. JOSEPH :

    Defendant :

**SPECIAL VERDICT FORM**

1. <u>Trade Secret</u>

   (a). Did the Contribution Rate Sheets constitute a trade secret?

   _____        _____
     Yes              No

   (b). Did the Confidential Contribution Letters constitute a trade secret?

   _____        _____
     Yes              No

   (c). Did the information on the financial health and status of the AMO's benefit plans constitute a trade secret?

   _____        _____
     Yes              No

   (If your answer to each part of question 1 above is "Yes," skip question 1 (d) and proceed to answer (2). If your answer to

DEFENDANT'S EXHIBIT __11__ ALL-STATE LEGAL®

one or two parts of question 1 above is "Yes," or if you answered each part of question 1 above "No," proceed to answer question 1 (d)).

(d). Although none or less than all of the three subjects mentioned above constitute a trade secret considered alone, did the three subjects in combination constitute a trade secret?

_____   _____
   Yes         No

(If you have answered <u>all</u> four parts of question 1 "Yes," you should skip question 2 and proceed to answer question 3. For every question in 1 (a) – 1 (c) to which you answered "No," you should answer the counterpart question in 2. Specifically, if you answered 1 (a) "No," you should answer 2 (a). If you answered 1 (b) "No," you should answer 2 (b). If you answered 1 (c) "No," you should answer 2 (c). For every subpart of question 1 (a) – 1 (c) to which you answered "Yes," you should skip the counterpart question in 2.)

2. Confidential Information – Agent/Trustee

   (a). Did the Contribution Rate Sheets constitute protectable, confidential information as respects each of the following positions Joseph held with AMO? (answer as to both):

   (i)   as executive vice president (agent)

   _____   _____
    Yes     No

   (ii)  as a trustee for the benefit plans

   _____   _____
    Yes     No

   (b). Did the Confidential Contribution Letters constitute protectable, confidential information as respects each of the following positions Joseph held with AMO? (answer as to both):

2

    (i)    as executive vice president (agent)

            \_\_\_\_\_    \_\_\_\_\_
             Yes     No

    (ii)    as a trustee for the benefit plans

            \_\_\_\_\_    \_\_\_\_\_
             Yes     No

(c). Did the information on the financial health and status of the AMO's benefit plans constitute protectable, confidential information as respects each of the following positions Joseph held with AMO? (answer as to both):

    (i)    as executive vice president (agent)

            \_\_\_\_\_    \_\_\_\_\_
             Yes     No

    (ii)    as a trustee of the benefit plans

            \_\_\_\_\_    \_\_\_\_\_
             Yes     No

(If you answered all of questions 1 and 2 (and their subparts) "No," your deliberations are at an end and you need answer no further questions. Your foreperson should sign and date this verdict form. If your answer to any subpart of questions 1 or 2 was "Yes," you should proceed to answer both parts of question 3.)

3. <u>Misappropriation</u>

    (a). Did the defendant Joseph acquire plaintiff AMO's records and papers by improper means?

          \_\_\_\_\_               \_\_\_\_\_
           Yes                No

(b). Did Joseph make use of or disclose AMO's protected, confidential Information (whether trade secret(s) or other protected, confidential information) to Maritime Engineers' Beneficial Association without AMO's consent?

_____          _____
   Yes                  No

(If your answer is "Yes" to both parts of question 3, or "Yes" to 3(b) alone, proceed to question 4. If your answer to question 3(b) is "No," your deliberations are at an end, and your foreperson should sign and date this form of verdict.)

4. <u>Damages</u>

   (a.) Did AMO's members suffer financial losses as a proximate cause of the defendant's misappropriation(s)?

_____          _____
   Yes                  No

(If your answer is "No," skip question (b). Your foreperson should sign and date this form. If your answer is "Yes," answer question (b).)

(b). What sum of money will fairly and reasonably compensate plaintiff's members for all losses they have suffered?

$ _____

Dated: _____          _____
                                    Foreperson

4