UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN MARITIME OFFICERS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEROME E. JOSEPH ) <br> ) <br> Defendant. ) <br> ) | No. 05-CV-1343 (RMC) |

### NOTICE OF APPEARANCE

Please take notice that the undersigned is one of the counsel for defendant Jerome E. Joseph and is entering this appearance to receive all electronic service and notifications.

Dated: July 18, 2005

JEROME E. JOSEPH

/s/ Raymond C. Fay
Raymond C. Fay #188649
BELL, BOYD & LLOYD PLLC
1615 L Street N.W., Suite 1200
Washington, D.C. 20036
(202) 466-6300
(202) 463-0678 Facsimile
rfay@bellboyd.com

Attorneys for Defendant
Jerome E. Joseph

83208/F/1

**CERTIFICATE OF SERVICE**

I, Michael J. Schrier, hereby certify that on this 18th day of July, 2005, I caused a copy of the foregoing Notice of Appearance to be served by electronic mail upon:

>James F. Hibey, Esq.
>Stephen Weissman, Esq.
>Howrey Simon Arnold & White LLP
>1299 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004

          /s/ Michael J. Schrier
          Michael J. Schrier

83208/F/1