UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN MARITIME OFFICERS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEROME E. JOSEPH, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:05CV01343 (RMC) |

### ORDER

Upon consideration of the Motion of American Maritime Officers to Remand Case to D.C. Superior Court and for Costs, and any Opposition thereto, it is this ___ day of _____, 2005, by the United States District Court for the District of Columbia,

**ORDERED**, that the motion is **GRANTED**; and it is further

**ORDERED**, that this case is **REMANDED** to the District of Columbia Superior Court; and it is further

**ORDERED**, that Plaintiff is awarded its costs, including its attorneys' fees, associated with the filing of this motion.

_____
Hon. Rosemary M. Collyer
United States District Judge

- 2 -

Copies to:

James F. Hibey, Esq.
Stephen Weissman, Esq.
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004


Raymond C. Fay, Esq.
Michael J. Schrier, Esq.
Bell, Boyd & Lloyd PLLC
1615 L Street, N.W., Suite 1200
Washington, DC 20036