# EXHIBIT 1

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

AMERICAN MARITIME OFFICERS

*Plaintiff*

vs

JEROME JOSEPH

*Defendant*

FILED IN OPEN COURT
JUL 07 2005
Superior Court
of The District of Columbia
Washington, D.C.

Case No. **2002 CA 007178 B**

BRAMAN, LEONARD
Judge

## JUDGMENT

This action came for Trial Resumed

before the Honorable BRAMAN, LEONARD    Superior Court Judge, presiding and

☐ proof having been duly presented

☒ the jury having rendered its verdict

☐ the judge having rendered a decision

☐ a Motion for Judgment as a matter of law having been granted

It is on this date July 7, 2005

### ORDERED

That judgment be entered in favor of: AMERICAN MARITIME OFFICERS

and against JOSEPH, JEROME

in the amount of   $8,486,381.46, (with interest), thereon at the statutory rate and their costs of action.

Duane B. Delaney
Clerk of the Court

Norman Barrett, Courtroom Clerk

Docketed 7-7-05
Mailed 7-7-05



PLAINTIFF'S EXHIBIT 1



Case: 2002 CA 007178 B

Cajo-1.doc
7/7/2005

cc

Mr JAMES F HIBEY
HOWREY SIMON ARNOLD & WHITE
1299 PENNSYLVANIA AVE NW
Washington, DC  20004


Mr RAYMOND C FAY
BELL, BOYD & LLOYD
 1615 L STREET NW #1200
Washington, DC  20036