**EXHIBIT 4**

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| **AMERICAN MARITIME OFFICERS,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 02ca7178 |
| : | Judge Herbert B. Dixon, Jr. |
| **JEROME E. JOSEPH,** : | Calendar 4 – Civil I |
| : | |
| Defendant. : | |

## ORDER
(Denying Without Prejudice Defendant's Motion for Summary Judgment)

Upon consideration of defendant's Motion for Summary Judgment, the opposition thereto, and the status conference on May 16, 2003, it is by the court this 19th day of May 2003

**ORDERED,** that the defendant's Motion for Summary Judgment shall be and is hereby **DENIED WITHOUT PREJUDICE** to refiling same after completion of discovery; and it is further

**ORDERED,** that within 10 days of this order, the parties shall submit a supplemental status report with a proposed scheduling order in light of the orders ruling on the parties various motions to compel and motions for protective order; and it is further

**ORDERED,** that this matter is set for a status conference in Courtroom 220 on **Friday, September 12, 2003 at 9:30 a.m.**

*[signature]*

Herbert B. Dixon, Jr.
Judge

Order filed electronically and distributed by CourtLink

Copy to: See Next Page

**PLAINTIFF'S EXHIBIT 4**

Copy to:

Raymond C. Fay, Esquire
Michael J. Schrier, Esquire
BELL, BOYD & LLOYD, PLLC
1615 L Street, NW, Suite 1200
Washington, DC 20036

Edward P. Henneberry, Esquire
Stephen Weissman, Esquire
Hugh B. Stuart, Esquire
HOWREY SIMON ARNOLD & WHITE, LLP
1299 Pennsylvania Ave, NW
Washington, DC 20004