UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN MARITIME OFFICERS,   )<br>  )<br>Plaintiff,   )<br>  )<br>v.   )<br>  )<br>JEROME E. JOSEPH,   )<br>  )<br>Defendant.   ) | Case No. 1:05CV01343 (RMC) |

## ORDER

Upon consideration of Plaintiff's Motion to Stay Proceedings Pending Ruling on Motion to Remand to D.C. Superior Court, Including Supporting Points and Authorities, and Request for Expedited Consideration, and any opposition thereto, it is this ___ day of _____, 2005, by the United States District Court for the District of Columbia,

**ORDERED**, that the motion is **GRANTED**; and it is further

**ORDERED**, that all proceedings in this Court are **STAYED** pending this Court's ruling on the Motion of Plaintiff American Maritime Officers to Remand Case to D.C. Superior Court and for Costs.

_____
Hon. Rosemary M. Collyer
United States District Judge

- 2 -

Copies to:

James F. Hibey, Esq.
Stephen Weissman, Esq.
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004


Raymond C. Fay, Esq.
Michael J. Schrier, Esq.
Bell, Boyd & Lloyd PLLC
1615 L Street, N.W., Suite 1200
Washington, DC 20036