UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN MARITIME OFFICERS            )<br>                                                                    )<br>     Plaintiff,                                       )<br>                                                                    )<br>     v.                                                    )     No.  05-CV-1343 (RMC)<br>                                                                    )<br>JEROME E. JOSEPH                         )<br>                                                                    )<br>     Defendant.                                  )<br>                                                                    ) | |

## ORDER

Upon consideration of defendant Jerome E. Joseph's Motion to Enjoin Superior Court Proceedings and plaintiff American Maritime Officers' Opposition thereto, and it appearing to the Court that notice of defendant's motion has been provided to the Superior Court for the District of Columbia, Honorable Leonard Braman, Senior Judge, presiding, and it further appearing to this Court that the Superior Court has conducted proceedings in the removed case following its removal to this Court on July 6, 2005,

IT IS HEREBY ORDERED:

1.   The District of Columbia Superior Court is enjoined from conducting further proceedings in this case, unless and until the matter is remanded to the Superior Court; and

2.   The Superior Court is enjoined to vacate the judgment and all orders entered in the case in the Superior Court after its removal on July 6, 2005.

SO ORDERED:

Dated: _____                    _____
                                                                          United States District Court Judge

83432/F/1

Copies to:

James F. Hibey, Esq.
Stephen Weissman, Esq.
Howrey Simon Arnold & White LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Raymond C. Fay, Esq.
Bell, Boyd & Lloyd, PLLC
1615 L Street, N.W., Suite 1200
Washington, D.C. 20036-5601

The Honorable Leonard Braman
Senior Judge, District of Columbia Superior Court
500 Indiana Avenue, NW, Room 3440
Washington, D.C. 20001

Clerk
Superior Court of the District of Columbia
500 Indiana Avenue, N.W.
Room JM-170
Washington, D.C. 20001