UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN MARITIME OFFICERS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEROME E. JOSEPH )<br>)<br>Defendant. )<br>) | No.  05-CV-1343 (RMC) |

**MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANT'S
MOTION TO ENJOIN SUPERIOR COURT PROCEEDINGS**

    Defendant Jerome E. Joseph, by his attorneys, respectfully requests the Court to consider, on an expedited basis, his Motion to Enjoin Superior Court Proceedings filed contemporaneously herewith.  As set forth in the motion to enjoin, the District of Columbia Superior Court has continued to conduct proceedings in this case that was removed on July 6, 2005.  Although the post-removal Superior Court proceedings are void, it is wasteful of judicial resources and inconsistent with the federal removal statute for the Superior Court to engage in further actions in the removed case.  Expedited consideration of the motion to enjoin the Superior Court will save resources and preserve the integrity of the federal removal statute.

    As indicated in Joseph's motion to enjoin, the undersigned conferred with opposing counsel pursuant to Local Civil Rule 7(m), and counsel stated plaintiff's opposition to the proposed injunction.

83431/F/1

## POINTS AND AUTHORITIES

28 U.S.C. §§ 1441, 1446.

Dated:  July 22, 2005                                   Respectfully submitted,

                                                        _____/s/  Raymond C. Fay_____
                                                        Raymond C. Fay #188649
                                                        Michael J. Schrier #444693
                                                        BELL, BOYD & LLOYD PLLC
                                                        1615 L Street N.W., Suite 1200
                                                        Washington, D.C. 20036
                                                        (202) 466-6300
                                                        (202) 463-0678 Facsimile
                                                        rfay@bellboyd.com

                                                        Attorneys for Defendant
                                                        Jerome E. Joseph

## CERTIFICATE OF SERVICE

I, Raymond C. Fay, hereby certify that on this 22nd day of July, 2005, I caused a copy of the foregoing Motion for Expedited Consideration of Defendant's Motion To Enjoin Superior Court Proceedings to be served by electronic mail upon:

>James F. Hibey, Esq.
>Stephen Weissman, Esq.
>Howrey Simon Arnold & White LLP
>1299 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004

and by hand delivery upon:

>The Honorable Leonard Braman
>Senior Judge, District of Columbia Superior Court
>500 Indiana Avenue, NW, Room 3440
>Washington, D.C. 20001
>
>Clerk
>Superior Court of the District of Columbia
>500 Indiana Avenue, N.W.
>Room JM-170
>Washington, D.C. 20001

>_____/s/  Raymond C. Fay_____
>Raymond C. Fay

83431/F/1