## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN MARITIME OFFICERS | ) |
| Plaintiff, | ) |
| v. | ) No. 05-CV-1343 (RMC) |
| JEROME E. JOSEPH | ) |
| Defendant. | ) |

### ORDER

Upon consideration of defendant Jerome E. Joseph's Motion for Expedited Consideration of Defendant's Motion to Enjoin Superior Court Proceedings and plaintiff American Maritime Officers' response thereto, and it appearing to the Court that notice of defendant's motion has been provided to the Superior Court for the District of Columbia, Honorable Leonard Braman, Senior Judge, presiding,

IT IS HEREBY ORDERED that the motion is GRANTED and that the Motion to Enjoin Superior Court Proceedings will be considered on an expedited basis.

SO ORDERED:

Dated: _____                         _____
                                                                         United States District Court Judge

83435/F/1

Copies to:

James F. Hibey, Esq.
Stephen Weissman, Esq.
Howrey Simon Arnold & White LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Raymond C. Fay, Esq.
Bell, Boyd & Lloyd, PLLC
1615 L Street, N.W., Suite 1200
Washington, D.C. 20036-5601

The Honorable Leonard Braman
Senior Judge, District of Columbia Superior Court
500 Indiana Avenue, NW, Room 3440
Washington, D.C.  20001

Clerk
Superior Court of the District of Columbia
500 Indiana Avenue, N.W.
Room JM-170
Washington, D.C.  20001