UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN MARITIME OFFICERS,<br><br>      Plaintiff,<br><br>  v.<br><br>JEROME E. JOSEPH,<br><br>      Defendant. | Civil Action No. 05-1343 (RMC) |

**ORDER**

Because it appears on the face of the notice and the exhibits attached thereto that Plaintiff's state law claims are not preempted by federal law, this action is summarily remanded to the Superior Court for the District of Columbia pursuant to 28 U.S.C. § 1446(c)(4).

**SO ORDERED**.

Date: July 22, 2005

/s/
ROSEMARY M. COLLYER
United States District Judge